UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN ALLEN MURPHY,

        Plaintiff,

v.

PAUL PASTOR,

        Defendants.

Case No. C19-6146 RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 18),

(2) Plaintiff's motion for temporary restraining order and preliminary injunction is DENIED;

(3) As plaintiff has been granted *in forma pauperis, in forma pauperis* may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3); and

(4) The Clerk is directed to send copies of this Order to plaintiff, to Magistrate Judge Fricke, and to any other party that has appeared in this action.

Dated this 3rd day of March, 2020.

*(signature)*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1